FREDERICK R. COUDERT et al., as Surviving Trustee, etc., *v.* BLANCHE HAUEL DE LOGEROT et al., Impleaded, etc., Appellants.

(Submitted June 18, 1894; decided June 22, 1894.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, made at the April term, 1894, which affirmed an order of Special Term denying a motion by the appellants for a re-sale under a judgment of foreclosure.

*Albert Stickney* and *Samuel H. Ordway* for appellants.

*John M. Bowers* and *James W. Gerard, Jr.,* for the New York Realty Company, respondent.

*Lawson Lehman* and *Theodore Baumeister* for Henry Morgenthau et al., respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.          _____